**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Priority | ____ |
| Send | ____ |
| Enter | ____ |
| Closed | ____ |
| JS-5/JS-6 | ____ |
| Scan Only | ____ |

**CASE NO.:**  **CV 09-7481 SJO (PJWx)**          **DATE:**  **February 8, 2010**

**TITLE:**          **Carly Adler v. Archstone Communities**

========================================================================
**PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Steve Chung for Victor Paul Cruz                    Not Present
Courtroom Clerk                                     Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                         Not Present

========================================================================
**PROCEEDINGS (IN CHAMBERS): ORDER**

        In light of the fact that the Stipulation to Dismiss Case has been filed on February 5, 2010, the Motion to Compel Arbitration [13] filed by Defendant Archstone Communities on 11/25/09 and thereafter taken under submission by the Court on December 10, 2009  is deemed MOOT.

MINUTES FORM 11                                              0  :  0
CIVIL GEN                          Page 1 of  1          Initials of Preparer    SC